# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LINDA ATKINSON**                                                          **PLAINTIFF**

**v.**                                **4:08-CV-01169-WRW**

**HARTFORD LIFE & ACCIDENT**                             **DEFENDANT**
**INSURANCE COMPANY**

## JUDGMENT

Based on an Order entered this date granting Plaintiff's Motion for Summary Judgment, and denying Defendant's Motion for Summary Judgment, Judgment is entered for Plaintiff and this case is closed.

IT IS SO ORDERED this 7th day of May, 2009.


                                                             /s/ Wm. R. Wilson, Jr._____
                                                             UNITED STATES DISTRICT JUDGE